Carroll,
Jan. 6, 1920.

STEPHEN BROCK *v.* ELLSWORTH H. ROLLINS.

TROVER, for certain articles of personal property sold as a part of the farm in controversy in *Rollins* v. *Brock,* 78 N. H. 456. Trial by the court and verdict for the defendant. Transferred from the May term, 1918, of the superior court by *Marble,* J., on the plaintiff's exception to the verdict.

*William Wright* and *Henry D. Yeaton,* for the plaintiff.

*Snow, Snow & Cooper,* for the defendant.

YOUNG, J.   As the case is understood, the court found that the chattels in question belonged to the defendant, and as the evidence warrants that finding, the plaintiff's exception raises no question for this court.

*Exception overruled.*

All concurred.